IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SYLVAN HOMES, LLC, ET AL., )<br>)<br>*Defendants*. )<br>) | Civil No.  3:24-cv-00212 (HEH) |

**ORDER REGARDING PROCEDURES FOR SETTLEMENT CONFERENCE**

The Court has scheduled this case for a follow-up settlement conference on **Monday, February 3, 2025,** at **9:30 A.M.**  At that time, counsel and party representatives for Plaintiff and Defendants shall appear virtually or report to the chambers of Magistrate Judge Summer L. Speight.

Except with prior permission from the Court, in addition to counsel, **each party must have a representative virtually or physically present at the settlement conference with the full authority to settle this action**.  For purposes of this Order, a defense representative has full authority if the representative has the authority to settle the case up to the value of the last demand by the Plaintiff(s).  A defense representative should have full authority even if the representative does not expect or intend for the case to settle at the value of the last demand by the Plaintiff(s).  **The failure of a party to have a representative present with full authority to settle the case may result in the imposition of sanctions upon that party.**

**The Court typically allots three (3) hours for the settlement conference.**  Therefore, the parties must be prepared to move forward in an expeditious manner during the settlement conference. The Court will extend the time for the settlement conference as needed.  For that reason, **all parties,**

**counsel, and representatives are expected to be available until the settlement conference concludes.**

Consistent with the requirements of this Court's Personal Electronics Device Policy, should counsel or party representatives desire to bring any prohibited personal electronic devices, including laptops, to the settlement conference, counsel must complete the form designated "Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia."[1] Counsel should complete this form and submit it to chambers no later than **two business days** before the settlement conference. On the date of the settlement conference, counsel shall bring a physical copy of the authorization form, signed by Judge Speight or her law clerk, for inspection by court security officers.[2]

If the matter is not settled, the Court will simply inform the designated trial judge that the matter was not resolved despite the parties' good faith efforts (provided that the parties comply with the conditions of this Order and act in good faith during the settlement conference).

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                  /s/
                                        Summer L. Speight
                                        United States Magistrate Judge

Richmond, Virginia
Date: January 22, 2025

---

[1] Both the policy and the form can be accessed at https://www.vaed.uscourts.gov/sites/vaed/files/Personal%20Electronics%20Device%20Policy%2001.06.25.pdf

[2] Each individual named on the authorization form must bring his or her own physical copy of the authorization form for inspection by court security officers.