### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

HOUSING OPPORTUNITIES MADE    )
EQUAL OF VIRGINIA, INC.,            )
                                  )
           Plaintiff,            )
                                  )
v.                                   )      Civil Action No. 3:24-cv-212–HEH
                                  )
SYLVAN HOMES, LLC, *et al.*,      )
                                  )
           Defendants.       )

### ORDER
**(Granting Consent Motion to Amend Scheduling Order and Extend Discovery Deadlines)**

THIS MATTER is before the Court on Defendants Sylvan Homes, LLC and

Diversified Residential Homes 4, LLC's (collectively, "Defendants") Consent Motion to

Amend the Scheduling Order and Extend the Discovery Deadlines (the "Motion," ECF

No. 36). Defendants request extensions of several pre-trial deadlines to ensure sufficient

time to meet them and continue diligently facilitating settlement resolution. (*Id.* at 2.)

Plaintiff consents to such extensions. (*Id.* at 3.) Upon due consideration, the Motion is

GRANTED. The Pretrial Schedule is amended as follows:

    (1) Defendants' Expert Disclosures shall be served on or before February 14,

        2025; and

    (2) Rebuttal Expert Disclosures shall be served on or before February 28, 2025;

All remaining deadlines stated in the Pretrial Schedule (ECF No. 16-1) and as Amended

(ECF No. 33) shall remain unchanged.

The Clerk is DIRECTED to send a copy of this Order to counsel of record.

It is so ORDERED.

Henry E. Hudson
Senior United States District Judge

Date: February 3, 2025
Richmond, Virginia